JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CALEB J. ESPINOZA,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT et al.,<br><br>Defendants. | Case No. 8:25-cv-00776-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this lawsuit is dismissed without prejudice for failure to prosecute.

Date: May 5, 2026

_____
STEPHEN V. WILSON
United States District Judge